November 6, 2024

**VIA EMAIL:** LimanNYSDChambers@nysd.uscourts.gov

Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Igartua v. Canna Life NY Inc., Case No. 1:24cv7159 (LJL)

Dear Judge Liman:

Please accept this letter motion to extend the time to respond to the Complaint in the above-referenced matter.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, we respectfully request a 30-day extension of time to file an answer or responsive motion in the above-referenced matter. The current deadline to respond is November 6, 2024, and we seek to extend this deadline to December 6, 2024.

This is the first request for an extension of this deadline. This extension is necessary because lead counsel is out of the country and we anticipate the matter will settle prior to the extended answer deadline. We have communicated with counsel for the Plaintiff, and they have consented to the proposed extension. There are no scheduled appearances before the Court at this time.

Thank you for your consideration of this request.

Respectfully submitted,

**THE BECKAGE FIRM**

By: /s/ Patricia A. Mancabelli
Patricia A. Mancabelli, Esq., *Of Counsel*
Jennifer Beckage, Esq.
*Attorneys for Defendant*
403 Main St Ste 723
Buffalo, NY 14203
Tel No. (223) 253-4762
Patricia@MancabelliLaw.com
pmancabelli@thebeckagefirm.com
jbeckage@thebeckagefirm.com

cc:    Jon L. Norinsberg Jon@norinsberglaw.com